Civil- (Dec-2008)

HONORABLE: Warren W. Eginton
DEPUTY CLERK: Kristen Gould
RPTR/ECRO/TAPE: BCT Reporting
TOTAL TIME: _____ hours 43 minutes
DATE: 5/3/2018   START TIME: 2:12pm   END TIME: 2:55pm
LUNCH RECESS   FROM: _____ TO: _____
RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:15-cv-00014-WWE

Thurston Foods, Inc
vs
Wausau Business Insurance Company

Plaintiff's Counsel: J. Biller, M. LeMoult
Defendant's Counsel: K. Heres, P. Sullivan

## COURTROOM MINUTES- CIVIL

- [✓] Motion hearing
- [ ] Evidentiary Hearing
- [ ] Miscellaneous Hearing
- [ ] Show Cause Hearing
- [ ] Judgment Debtor Exam
- X......... Pretrial Conference

| # | Motion | Ruling |
|---|---|---|
| #301 | Motion to continue | ✓ granted |
| #289 | Motion for leave to file substitute expert witnesses (see order) | ✓ granted |
| #287 | Motion reconsideration of bifurcation | ✓ denied |
| #270 | Motion reconsideration regarding unrelated litigation | ✓ denied |
| #268 | Motion reconsideration regarding rebuttal witnesses | ✓ denied |
| #217 | Motion re Unrelated Litigation | ✓ denied |
| #199 | Motion preclude testimony of Konicki | ✓ advisement |
| 205 | ~~Oral~~ Motion in limine to preclude evidence | ✓ denied |
| 186 | ~~Oral~~ Motion in limine regarding experts (see order) | ✓ granted ✓ advisement |
| | Oral Motion | |
| | Oral Motion | |

Briefs(s) due _____ Proposed Findings due _____ Response due _____

Hearing continued until _____ at _____

Notes: Jury selection is continued to 7/10/2018 at 9:00am with trial to commence on Tuesday, 7/17/2018 at 9:00am.